IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CARLOS MARTINEZ,**<br>    a/k/a "Cuate,"<br><br>**Defendant.** | **CRIMINAL NO. 4:22-cr-560** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States submits this unopposed motion to continue Defendant Carlos Martinez's sentencing hearing set for May 5, 2025, due to an unforeseen conflict. Counsel for Defendant Martinez does not oppose this request. The United States therefore requests that the Court reset the currently scheduling sentencing hearing to May 21 or 22, 2025.

Respectfully submitted on March 6, 2025.

By:   /s/ *Anne Veldhuis*
ANNE VELDHUIS
MICHAEL G. LEPAGE
BRITTANY G. MCCLURE
Trial Attorneys
Antitrust Division
U.S. Department of Justice

CHRISTINA TAYLOR
Trial Attorney
Violent Crime and Racketeering Section
U.S. Department of Justice

>ALEXANDER L. ALUM
>Assistant U.S. Attorney
>U.S. Attorney's Office for the
>Southern District of Texas
>U.S. Department of Justice

## CERTIFICATE OF CONFERENCE

The United States conferred with counsel for Defendant Carlos Martinez regarding this motion. Counsel does not oppose the requested continuance.

>/s/ Anne Veldhuis
>Anne Veldhuis
>Trial Attorney
>Antitrust Division
>U.S. Department of Justice

## CERTIFICATE OF SERVICE

The filing was served on all counsel of record via ECF filing.

>/s/ Anne Veldhuis
>ANNE VELDHUIS
>Trial Attorney
>Antitrust Division
>U.S. Department of Justice